**Michael JONES, Petitioner,**

v.

**The CITY OF McKINNEY, Texas, Respondent.**

**No. 95–0555.**

Supreme Court of Texas.

Nov. 2, 1995.

Rehearing Overruled Dec. 22, 1995.

Lance S. Baxter, Plano, for Petitioner.

Grady R. Thompson, McKinney, for Respondent.

PER CURIAM.

Petitioner Michael Jones sued his employer, the City of McKinney, for allegedly firing him in retaliation for filing a workers' compensation claim. The jury returned findings favorable to Jones, but the trial court rendered a take-nothing judgment for the City based on sovereign immunity. The court of appeals affirmed, holding that the Legislature, under the 1989 amendments to the Political Subdivisions Act, *see* TEX.LAB.CODE § 504.002, did not waive sovereign immunity for retaliatory discharge claims [1995 WL 26803]. We have today reached the opposite conclusion in *Kuhl v. City of Garland,* 910 S.W.2d 929 (Tex.1995). Accordingly, without hearing oral argument, a majority of the Court reverses the judgment of the court of appeals and remands this cause to that court for consideration of the parties' remaining points of error.